IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEIJIN LIMITED, TEIJIN PHARMA LIMITED, and TAKEDA PHARMACEUTICALS U.S.A., INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 19-768 (RGA) ) |
| ALKEM LABORATORIES LIMITED and ASCEND LABORATORIES, LLC, | ) ) ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL**

WHEREAS Plaintiffs Teijin Limited ("Teijin Ltd."), Teijin Pharma Limited ("Teijin Pharma Ltd." and together with Teijin Ltd., "Teijin"), and Takeda Pharmaceuticals U.S.A., Inc. ("Takeda"), and Defendants Alkem Laboratories Limited ("Alkem Ltd.") and Ascend Laboratories, LLC ("Ascend") (collectively, "Alkem" or "Defendants") are parties to a litigation relating to U.S. Patent Nos. 7,361,676, 8,372,872, and 9,107,912;

WHEREAS, Plaintiffs Teijin and Takeda and Defendants Alkem have entered into a confidential Settlement and License Agreement, dated September 24, 2019, pursuant to which the parties have resolved this action;

IT IS HEREBY STIPULATED, by and through their counsel of record, that pursuant to Fed. R. Civ. P. 41(a)(2), and in consideration of the confidential Settlement and License Agreement, dated September 24, 2019, Plaintiffs Teijin and Takeda and Defendants Alkem hereby agree and stipulate to the following:

All claims, counterclaims and affirmative defenses of Teijin, Takeda, and Alkem asserted in this action are hereby dismissed without prejudice;

Teijin, Takeda, and Alkem shall each bear their own costs and attorney fees; and

The Court shall retain jurisdiction over the parties and this action to the extent necessary to enforce the terms of the Settlement and License Agreement.

**IT IS SO STIPULATED:**

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FARNAN LLP |
|---|---|
| */s/ Karen Jacobs* | */s/ Brian E. Farnan* |
| Jack B. Blumenfeld (#1014)<br>Karen Jacobs (#2881)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19801<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>kjacobs@mnat.com<br>  *Attorneys for Plaintiffs* | Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 N. Market Street, 12th Floor<br>Wilmington, Delaware 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br>  *Attorneys for Defendants Alkem Laboratories*<br>  *Limited and Ascend Laboratories, LLC* |
| OF COUNSEL: | OF COUNSEL: |
| Preston K. Ratliff II<br>Bruce M. Wexler<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 318-6000<br>  *Attorneys for Teijin Limited and*<br>  *Teijin Pharma Limited* | Imron T. Aly<br>SCHIFF HARDIN LLP<br>233 S Wacker Dr. Suite 7100<br>Chicago, IL 606060<br>ialy@schiffhardin.com |
| William F. Cavanaugh, Jr.<br>Zhiqiang Liu<br>PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>(212) 336-2000<br>  *Attorneys for Takeda Pharmaceuticals*<br>  *U.S.A., Inc.* | John K. Hsu<br>SCHIFF HARDIN LLP<br>901 K Street NW<br>Suite 700<br>Washington, DC 20001<br>jhsu@schiffhardin.com |
| October 8, 2019 | Ahmed M.T. Riaz<br>SCHIFF HARDIN LLP<br>666 Fifth Ave. 17th Floor<br>New York, NY 10103<br>ariaz@schiffhardin.com |

**SO ORDERED** this _____ day of _____, 2019

_____
UNITED STATES DISTRICT JUDGE